Cumberland Building Company, Inc. *v.* Miller,
Appellant.

Argued March 11, 1974. *John B. Mancke,* with him *Meyers & Desfor,* for appellant; *George F. Douglas, Jr.,* for appellee.

Order and judgment affirmed.